# United States District Court

## Boston, Massachusetts 02210

RECEIVED

2007 AUG 13 A 10: 42

FINANCIAL
DISCLOSURE OFFICE

**MARK L. WOLF**
CHIEF JUDGE

August 8, 2007

Honorable Ortrie D. Smith
Chair
Judicial Conference of the United States
 Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C.  20544

Dear Judge Smith:

I am writing in response to your June 29, 2007 letter concerning my May 10, 2007 Financial Disclosure Report for 2006, which arrived when I was on vacation.  Enclosed is an Amended Report for 2006 which adds the requested value codes.

Your question concerning the Ferrell Gas Partners LLP asset that was listed on my original 2005 Report was addressed in the enclosed November 13, 2006 letter and Amended Report for 2005.  As I explained, after filing my original 2005 Report, I ascertained that the shares of Ferrell Gas I had listed were been both inherited and sold ██████████ in 1998.

I appreciate your assistance in this matter and will look forward to hearing from you if there are any further questions concerning it.

With best wishes,

Sincerely yours,

Mark L. Wolf

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Wolf, Mark L | 2. Court or Organization<br><br>District of Massachusetts | 3. Date of Report<br><br>08/08/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b.   ☒ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>1 Courthouse Way Suite 5110<br>Boston, MA 02210 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Chairman, Director | Albert Schweitzer Fellowship |
| 2. Chair | John William Ward Fellowship |
| 3. Trustee | ████████████ Trust |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | The Boston Globe - Payment for OpEd Piece designated to a charity | $ 200.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | U.S. Department of Justice | Columbia, SC, March 20-21, Teaching at National Advocacy Center (Transportation, Food, Lodging) |
| 2. | New York Patent Law Association | NY, NY, March 24, 2007 Annual Dinner of the Federal Judiciary (Transportation, Food, Lodging) |
| 3. | U.S. Department of State | China (Various cities), May 6-20, Lecturing to judges, prosecutors, and students (Transportation, Food, Lodging) |
| 4. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L | 08/08/2007 |

5.

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☒ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Wolf, Mark L | 08/08/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Fidelity USA (Money Market) | C | Dividend | L | T | | | | | |
| 2. | Fidelity Fund (Mutual) | A | Dividend | L | T | part sold | 6/14 | K | E | |
| 3. | Bank of America (Checking) | A | Interest | K | T | | | | | |
| 4. | Bank of America ( Savings ) | A | Interest | K | T | | | | | |
| 5. | Fidelity Fund (Mutual) | B | Dividend | M | T | part sold | 6/14 | L | E | |
| 6. | Atlantic Whiteall G.F. (Mutual) | D | Distribution | N | T | part sold | * | K | D | See Note 1 and See Note 2 |
| 7. | AIM Liquid Asset Money Market Fund (Money Market) | A | Interest | J | T | | | | | |
| 8. | AIM Liquid Asset Money Market Fund (Money Market) | A | Interest | J | T | | | | | |
| 9. | Atlantic Whitehall Eq. Inc. Fund (Mutual) | B | Dividend | L | T | | | | | See Note 2 |
| 10. | Atlantic Whitehall Midcap Growth (Mutual) | A | Dividend | M | T | | | | | See Note 2 |
| 11. | McDonalds Corp. (Stock) | A | Dividend | K | T | part sold | 6/14 | J | C | |
| 12. | MA St. HFA Single Family 5.25% 12/1/06 (Bond) | A | Interest | | | matur. sale | 12/1 | J | | |
| 13. | Foxborough MA 5.25% 11/15/09 | B | Interest | K | T | part sold | 6/12 | K | A | |
| 14. | MA St. Turnpike Auth. 5.1% 1/1/08 (Bond) | B | Interest | K | T | part sold | 10/6 | K | | |
| 15. | EMC Corp. MA (Stock) | | None | J | T | | | | | |
| 16. | Atlantic Whitehall Midcap Growth (Mutual) | A | Dividend | K | T | | | | | See Note 2 |
| 17. | Atlantic Whitehall Growth Fund (Mutual) | A | Distribution | K | T | | | | | & Div See Note 2 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 18. | Neuberger Berman Genesis Fund (Mutual) | C | Distribution | K | T | | | | | |
| 19. | LILO, LLC (Limited Liability Corp.) | E | Dividend | N | W | | | | | |
| 20. | [Family] Blues Partners (Limited Partnership) | | None | K | W | | | | | |
| 21. | AIM Liquid Assets (Money Market) | A | Interest | J | T | | | | | |
| 22. | AIM Liquid Assets (Money Market) | A | Interest | J | T | | | | | |
| 23. | AIM Liquid Assets (Money Market) | A | Interest | J | T | | | | | |
| 24. | Citizens Bank (Savings and Checking) | E | Interest | N | W | | | | | |
| 25. | Mass State Cons. MBIASERD 5.5% (Bond) 11/1/12 | C | Interest | L | T | part sold | 6/12 | L | | |
| 26. | Boston MA G.O. 5% 8/1/13 (Bond) | B | Interest | K | T | | | | | |
| 27. | Longleaf Partners (Mutual Fund) | A | Dividend | K | T | | | | | |
| 28. | Longleaf Partners (Mutual Fund) | A | Dividend | K | T | | | | | |
| 29. | Dodge & Cox Stock Fund (Mutual Fund) | B | Dividend | L | T | | | | | |
| 30. | MA St. HEFA 5% Partners (Bond) 7/1/07 | B | Interest | L | T | | | | | |
| 31. | Brookline MA GO 5.125% (Bond) | B | Interest | K | T | | | | | |
| 32. | AIM Liquid Asset MM Fund (Money Market) | A | Interest | J | T | | | | | |
| 33. | Shrewsbury MA 5% 8/15/08 (Bond) | A | Interest | K | T | buy new | 6/12 | K | | |
| 34. | MA Wtr Poll ABTMT 5.15% 8/1/09 (Bond) | C | Interest | L | T | buy new | 1/20 | L | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L | 08/08/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 35. | MBTA Sales Tax 5.25% 7/1/11 (Bond) | C | Interest | L | T | buy new | 1/19 | L | |
| 36. | MA Wtr Res Auth 5.25% 8/1/11 (Bond) | C | Interest | K | T | buy new | 1/23 | K | |
| 37. | Norwell MA FGIC 5% 11/15/15 (Bond) | B | Interest | K | T | buy new | 1/18 | K | |
| 38. | Dodge & Cox International Stock Fund (Mutual) | A | Distribution | K | T | buy new | * | K | See Note 3 |
| 39. | First Eagle Overseas Fund (Mutual) | B | Distribution | K | T | buy new | * | K | See Note 3 |
| 40. | Templeton Emerging Markets Fund (Mutual) | B | Distribution | J | T | buy new | * | J | See Note 3 |
| 41. | Aim Liquid Assets MM Fund (Money Market) | A | Interest | J | T | | | | |
| 42. | Dodge & Cox International Stock Fund (Mutual) | A | Distribution | K | T | buy new | * | J | See Note 3 |
| 43. | First Eagle Overseas Fund (Mutual) | B | Distribution | K | T | buy new | * | K | See Note 3 |
| 44. | Templeton Emerging Markets Fund (Mutual) | B | Distribution | J | T | buy new | * | J | See Note 3 |
| 45. | Aim Liquid Assets MM Fund (Money Market) | A | Interest | J | T | | | | |
| 46. | Dodge & Cox International Stock Fund (Mutual) | A | Distribution | K | T | buy new | * | K | See Note 3 |
| 47. | First Eagle Overseas Fund (Mutual) | B | Distribution | K | T | buy new | * | K | See Note 3 |
| 48. | Templeton Emerging Markets Fund (Mutual) | B | Distribution | K | T | buy new | * | K | See Note 3 |
| 49. | Crown Life (Life Insurance) | C | Distribution | | | cashed in | 1/6 | J | See Note 4 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Section VII. Note 1

For Item #6 on page 1, the dates and value codes for the 2005 sales of the Atlantic Trust Company, Equity Growth Fund (Common Trust Fund) are as follows

| Date | Value Code | Gain Code |
|------|-----------|-----------|
| 1/31 | K | D |
| 2/28 | J | C |
| 4/15 | J | C |
| 4/30 | K | E |
| 6/30 | K | D |
| 7/29 | K | D |
| 9/15 | J | D |
| 10/31 | J | C |
| 11/30 | J | C |

| Total | | |
| Values | M | F |

\* \* \* \* \*

As previously reported, many of the assets owned ██████████ are managed and held by an investment advisory firm, Atalntic Trust Pell Rudman ("ATPR"). ATPR has provided the information contained in this report concerning assets in its custody. The information provided by ATPR is, to the best of my knowledge, accurate.

Assets reported for 2004 in Part VII, page 1, lines 5, 7, and 17, page 2, lines 19, 24-26, 31, 32, 35, and 36, and page 3, lines 42, 43, and 45-48, for a ██████████ have not been reported for 2005 because he is no longer a Dependent ████

The Ferrell Gas LLP asset described in Part VII, line 33 of my May 5, 2006 Report for Calendar Year 2005 has been deleted from this Amended Report because that asset was ██████████ old the same year.

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Notes to Section VII.

Note 1

Shares of the Mutual Fund listed on line 6 were sold on January 13, 31, and March 15, 2006.

Note 2

On November 11, 2006, assets previously held in ATC Common Trust Fund products were converted by my investment advisor into corresponding Atlantic Whitehall Mutual Funds. The conversions were not taxable events. Therefore, to facilitate comparison to prior years, I have not listed the transactions as sales of the Common Trust Fund products and purchases of the corresponding Mutual Funds. However, any income earned by the Common Trust Fund products is included in the amount disclosed concerning the corresponding Mutual Fund.

Note 3

Shares of the Mutual Funds listed on lines 38, 39, 40, 42, 43, 44, 46, 47, and 48 were purchased on June 14, 27, and 29, 2006.

Note 4

In December, 2005, I discovered that I owned a modest cash value Crown Life Insurance policy which was purchased for me ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ and for which the dividends and reductions in the value of the policy had been paying the premiums. In 2006, I cashed the policy in.

2. As previously reported, many of the assets owned by ▇▇▇▇▇▇ me are managed and held by an investment advisory firm, Atalntic Trust Pell Rudman ("ATPR"). ATPR has provided the information contained in this report concerning assets in its custody. The information provided by ATPR is, to the best of my knowledge, accurate.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date _August 8, 2007_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10 Rev. 1/2007 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| **1. Person Reporting** (last name, first, middle initial)  Wolf, Mark L | **2. Court or Organization**  District of Massachusetts | **3. Date of Report**  05/10/2007 |
|---|---|---|
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge Active | **5a. Report Type** (check appropriate type)  ☐ Nomination,  Date  ☐ Initial  ☒ Annual  ☐ Final  **5b.** ☐ Amended Report | **6. Reporting Period**  01/01/2006 to 12/31/2006 |
| **7. Chambers or Office Address**  1 Courthouse Way Suite 5110  Boston, MA 02210 | **8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Chairman, Director | Albert Schweitzer Fellowship |
| 2. | Chair | John William Ward Fellowship |
| 3. | Trustee | ▮▮▮▮▮▮▮▮ Trust |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

RECEIVED 2007 MAY 16 A 11:00 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | The Boston Globe - Payment for OpEd Piece designated to a charity | $ 200.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | U.S. Department of Justice | Columbia, SC, March 20-21, Teaching at National Advocacy Center (Transportation, Food, Lodging) |
| 2. | New York Patent Law Association | NY, NY, March 24, 2007 Annual Dinner of the Federal Judiciary (Transportation, Food, Lodging) |
| 3. | U.S. Department of State | China (Various cities), May 6-20, Lecturing to judges, prosecutors, and students (Transportation, Food, Lodging) |
| 4. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L | 05/10/2007 |

5.

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L | 05/10/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity USA (Money Market) | C | Dividend | L | T | | | | | |
| 2. Fidelity Fund (Mutual) | A | Dividend | L | T | part sold | 6/14 | K | E | |
| 3. Bank of America (Checking) | A | Interest | K | T | | | | | |
| 4. Bank of America ( Savings ) | A | Interest | K | T | | | | | |
| 5. Fidelity Fund (Mutual) | B | Dividend | M | T | part sold | 6/14 | L | E | |
| 6. Atlantic Whiteall G.F. (Mutual) | D | Distribution | N | T | part sold | * | K | D | See Note 1 and See Note 2 |
| 7. AIM Liquid Asset Money Market Fund (Money Market) | A | Interest | J | T | | | | | |
| 8. AIM Liquid Asset Money Market Fund (Money Market) | A | Interest | J | T | | | | | |
| 9. Atlantic Whitehall Eq. Inc. Fund (Mutual) | B | Dividend | L | T | | | | | See Note 2 |
| 10. Atlantic Whitehall Midcap Growth (Mutual) | A | Dividend | M | T | | | | | See Note 2 |
| 11. McDonalds Corp. (Stock) | A | Dividend | K | T | part sold | 6/14 | J | C | |
| 12. MA St. HFA Single Family 5.25% 12/1/06 (Bond) | A | Interest | | | matur. sale | 12/1 | J | | |
| 13. Foxborough MA 5.25% 11/15/09 | B | Interest | K | T | part sold | 6/12 | K | A | |
| 14. MA St. Turnpike Auth. 5.1% 1/1/08 (Bond) | B | Interest | K | T | part sold | 10/6 | K | | |
| 15. EMC Corp. MA (Stock) | | None | J | T | | | | | |
| 16. Atlantic Whitehall Midcap Growth (Mutual) | A | Dividend | K | T | | | | | See Note 2 |
| 17. Atlantic Whitehall Growth Fund (Mutual) | A | Distribution | K | T | | | | | & Div See Note 2 |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Neuberger Berman Genesis Fund (Mutual) | C | Distribution | K | T | | | | | |
| 19. LILO, LLC (Limited Liability Corp.) | E | Dividend | N | W | | | | | |
| 20. ██████ Blues Partners (Limited Partnership) | | None | K | W | | | | | |
| 21. AIM Liquid Assets (Money Market) | A | Interest | J | T | | | | | |
| 22. AIM Liquid Assets (Money Market) | A | Interest | J | T | | | | | |
| 23. AIM Liquid Assets (Money Market) | A | Interest | J | T | | | | | |
| 24. Citizens Bank (Savings and Checking) | E | Interest | N | W | | | | | |
| 25. Mass State Cons. MBIASERD 5.5% (Bond) 11/1/12 | C | Interest | L | T | part sold | 6/12 | L | | |
| 26. Boston MA G.O. 5% 8/1/13 (Bond) | B | Interest | K | T | | | | | |
| 27. Longleaf Partners (Mutual Fund) | A | Dividend | K | T | | | | | |
| 28. Longleaf Partners (Mutual Fund) | A | Dividend | K | T | | | | | |
| 29. Dodge & Cox Stock Fund (Mutual Fund) | B | Dividend | L | T | | | | | |
| 30. MA St. HEFA 5% Partners (Bond) 7/1/07 | B | Interest | L | T | | | | | |
| 31. Brookline MA GO 5.125% (Bond) | B | Interest | K | T | | | | | |
| 32. AIM Liquid Asset MM Fund (Money Market) | A | Interest | J | T | | | | | |
| 33. Shrewsbury MA 5% 8/15/08 (Bond) | A | Interest | K | T | buy new | 6/12 | | | |
| 34. MA Wtr Poll ABTMT 5.15% 8/1/09 (Bond) | C | Interest | L | T | buy new | 1/20 | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  MBTA Sales Tax 5.25% 7/1/11 (Bond) | C | Interest | L | T | buy new | 1/19 | | | |
| 36.  MA Wtr Res Auth 5.25% 8/1/11 (Bond) | C | Interest | K | T | buy new | 1/23 | | | |
| 37.  Norwell MA FGIC 5% 11/15/15 (Bond) | B | Interest | K | T | buy new | 1/18 | | | |
| 38.  Dodge & Cox International Stock Fund (Mutual) | A | Distribution | K | T | buy new | * | | | See Note 3 |
| 39.  First Eagle Overseas Fund (Mutual) | B | Distribution | K | T | buy new | * | | | See Note 3 |
| 40.  Templeton Emerging Markets Fund (Mutual) | B | Distribution | J | T | buy new | * | | | See Note 3 |
| 41.  Aim Liquid Assets MM Fund (Money Market) | A | Interest | J | T | | | | | |
| 42.  Dodge & Cox International Stock Fund (Mutual) | A | Distribution | K | T | buy new | * | | | See Note 3 |
| 43.  First Eagle Overseas Fund (Mutual) | B | Distribution | K | T | buy new | * | | | See Note 3 |
| 44.  Templeton Emerging Markets Fund (Mutual) | B | Distribution | J | T | buy new | * | | | See Note 3 |
| 45.  Aim Liquid Assets MM Fund (Money Market) | A | Interest | J | T | | | | | |
| 46.  Dodge & Cox International Stock Fund (Mutual) | A | Distribution | K | T | buy new | * | | | See Note 3 |
| 47.  First Eagle Overseas Fund (Mutual) | B | Distribution | K | T | buy new | * | | | See Note 3 |
| 48.  Templeton Emerging Markets Fund (Mutual) | B | Distribution | K | T | buy new | * | | | See Note 3 |
| 49.  Crown Life (Life Insurance) | C | Distribution | | | cashed in | 1/6 | | | See Note 4 |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Notes to Section VII.

Note 1

Shares of the Mutual Fund listed on line 6 were sold on January 13, 31, and March 15, 2006.

Note 2

On November 11, 2006, assets previously held in ATC Common Trust Fund products were converted by my investment advisor into corresponding Atlantic Whitehall Mutual Funds. The conversions were not taxable events. Therefore, to facilitate comparison to prior years, I have not listed the transactions as sales of the Common Trust Fund products and purchases of the corresponding Mutual Funds. However, any income earned by the Common Trust Fund products is included in the amount disclosed concerning the corresponding Mutual Fund.

Note 3

Shares of the Mutual Funds listed on lines 38, 39, 40, 42, 43, 44, 46, 47, and 48 were purchased on June 14, 27, and 29, 2006.

Note 4

In December, 2005, I discovered that I owned a modest cash value Crown Life Insurance policy which was purchased for me by my parents when I was a child and for which the dividends and reductions in the value of the policy had been paying the premiums. In 2006, I cashed the policy in.

2. As previously reported, many of the assets owned by ████████ and me are managed and held by an investment advisory firm, Atalntic Trust Pell Rudman ("ATPR"). ATPR has provided the information contained in this report concerning assets in its custody. The information provided by ATPR is, to the best of my knowledge, accurate.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date _May 10, 2007_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544